**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Chip E. Leonard, | ) | No. CV-12-8031-PHX-FJM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On May 9, 2013, we affirmed the decision of the Commissioner denying disability benefits. (Doc. 21).  We now have before us the mandate of the court of appeals remanding the case with directions to remand to the Commissioner for proceedings consistent with its memorandum disposition. (Doc. 27).

Accordingly, it is ORDERED remanding this case to the Commissioner for proceedings consistent with the memorandum disposition of the court of appeals.

DATED this 29th day of January, 2016.

_Frederick J. Martone_

Frederick J. Martone
Senior United States District Judge